# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

**KENNETH MERRIWEATHER,**
Individually and on behalf of himself
and others similarly situated,

Plaintiff,

v.

**THRIVE RESTAURANT GROUP, LLC,**
and **APPLEBEE'S RESTAURANTS LLC,**

Defendants.

**JURY DEMANDED**

FLSA Collective Action
Rule 23 Class Action

---

## CONSENT TO JOIN

---

1. I have been employed by Defendants as a trainer ("Neighborhood Expert") within the past 3 years.

2. I hereby consent to join this or any subsequent action against the Defendants as a Named Representative Plaintiff to assert claims for violations of the FLSA 29 U.S.C. § 201, *et seq.*, as specified in the Collective Action Complaint.

3. I agree to be represented by the law firm of Jackson, Shields, Yeiser, Holt, Owen & Bryant, and Attorney Gordon E. Jackson, as well as any other attorneys with whom they may associate.

4. I understand that the personal information provided on this form will not be used for purposes other than these legal claims. Please fill this form out completely.

Name: Kenneth Merriweather Sr

Signature: *[signed] Kenk Wmets*   Date: 06-14-2022