IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**KENNETH MERRIWEATHER,**

Plaintiff

        v.                         Case No. 3:22-cv-00538

**THRIVE RESTAURANT GROUP, LLC,**      **Judge Richardson/Holmes**
and **APPLEBEE'S RESTAURANTS LLC,**

Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff stipulates to the dismissal of all claims asserted against Defendants. The parties, all of whom were represented by counsel, engaged in arms-length negotiation of the disputed claims, and reached a resolution that includes the release of the named plaintiff's individual claims and that foregoes the pursuit of collective certification.

Dated: April 14, 2023.	Respectfully submitted,

*/s/ J. Russ Bryant*
Gordon E. Jackson (TN BPR #08323)
J. Russ Bryant (TN BPR #033830)
**JACKSON SHIELDS YEISER HOLT OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 759-1745
*gjackson@jsyc.com*
*rbryant@jsyc.com*

**Attorneys for Plaintiff**

*-and-*

*/s/ Forrest T. Rhodes, Jr.*
Forrest T. Rhodes, Jr., Kan. #19567
**FOULSTON SIEFKIN LLP**
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
316-291-9555
866-347-5132 (fax)
*frhodes@foulston.com*

*/s/ W. Travis Vest*
Kara E. Shea (#18221)
W. Travis Vest (#38842)
**BUTLER SNOW LLP**
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1600
Nashville, Tennessee 37201
(615) 651-6700 phone
(615) 651-6701 fax
*kara.shea@butlersnow.com*
*travis.vest@butlersnow.com*

**Attorneys for Defendants**

**CERTIFICATE OF SERVICE**

This is to certify that on the 14th day of April, 2023, a copy of the above and foregoing was served via the Court's CM/ECF system to all parties, including the below.

>Forrest T. Rhodes, Jr., Kan. #19567
>**FOULSTON SIEFKIN LLP**
>1551 N. Waterfront Parkway, Suite 100
>Wichita, Kansas 67206-4466
>316-291-9555
>866-347-5132 (fax)
>*frhodes@foulston.com*
>
>Kara E. Shea (#18221)
>W. Travis Vest (#38842)
>**BUTLER SNOW LLP**
>The Pinnacle at Symphony Place
>150 3rd Avenue South, Suite 1600
>Nashville, Tennessee 37201
>(615) 651-6700 phone
>(615) 651-6701 fax
>*kara.shea@butlersnow.com*
>*travis.vest@butlersnow.com*
>
>**Attorneys for Defendants**
>
>*/s/ J. Russ Bryant*