IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KENNETH MERRIWEATHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THRIVE RESTAURANT GROUP, LLC, ) <br> AND APPLEBEE'S RESTAURANTS ) <br> LLC, ) <br> ) <br> Defendants. | NO. 3:22-cv-00538 <br><br> JUDGE RICHARDSON |

## **ORDER**

Plaintiff has filed a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), which provides for self-effectuating dismissal of an entire action if the stipulation is signed by all parties who have appeared. (Doc. No. 34). Because the stipulation is signed by the representative of Plaintiff and the representative of both Defendants, the stipulation sufficed to dismiss this action without any action on the part of the Court. Because the stipulation states that dismissal shall be with prejudice, dismissal is in fact with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED with prejudice**, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE