UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Kenneth Merriweather

                Plaintiff,

v.                              Case No.: 3:22−cv−00538

Thrive Restaurant Group, LLC, et al.

                Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 4/18/2023 re [35].

                                                      Lynda M. Hill
                                       s/ Annecia L Donigan, Deputy Clerk